UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWNE LULEFF, On Behalf of herself and all others similarly situated<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and<br>BANK OF AMERICA CORPORATION<br><br>                Defendants. | Civil Action No. 06-cv-01435-JGK |
| DOUGLAS WAYNE MARTINEZ,<br><br>              Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and<br>BANK OF AMERICA CORPORATION<br><br>                Defendants. | Civil Action No. 08-cv-04964-JGK |

**NOTICE OF MOTION AND PLAINTIFF MARTINEZ'S MOTION FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42(a)**

**PLEASE TAKE NOTICE** that plaintiff Douglas Wayne Martinez, the plaintiff *in Martinez v. Bank of America, N.A., et al.*, 1:08-cv-04964-JGK (S.D.N.Y.) (the "*Martinez* Action"), on behalf of his aunt, Irene Inez Zetsche, pursuant to a power of attorney, respectfully moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, for an Order consolidating the *Martinez* Action with *Luleff v. Bank of America, N.A., et al.*, 1:06-cv-01435-JGK (S.D.N.Y) (the "*Luleff* Action") (collectively, the "Actions").

As grounds and in support thereof, plaintiff Martinez states as follows:

1. The Actions involve common questions of law, and allege the same causes of action and the *Martinez* Action does not allege any new causes of action;

2. The Actions involve common questions of fact because both arise from the same or substantially the same conduct that gives rise to the claims in both Actions;

3. The same defendants are named in both Actions and the *Martinez* Action does not name any new defendants; and

4. The plaintiff classes alleged in both Actions are substantially the same and include the same members.

Based upon the foregoing, and for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff Martinez's Motion for Consolidation Pursuant to Fed. R. Civ. P. 42(a), convenience and economy will be promoted by consolidation of the Actions, and consolidation will save time and avoid unnecessary costs and inconvenience to the parties, witnesses and the Court.

WHEREFORE, Plaintiff requests that its motion for consolidation be granted.

Dated: June 16, 2008

Respectfully submitted,

**BROWER PIVEN**
A Professional Corporation

/s/  David A.P. Brower
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300

*Counsel for Plaintiff Martinez*