## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Reply was served this 30th day of June, 2008 upon the following counsel of record by the Court's electronic filing system:

Daniel Cobrinik, Esq.
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

David A. P. Brower, Esq.
Brower Piven
488 Madison Avenue
New York, NY 10022

/s/ Andrew B. Messite
Andrew B. Messite (ABM-3748)