Andrew B. Messite (AM-3748)
Casey D. Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com
amessite@reedsmith.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS WAYNE MARTINEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and<br>BANK OF AMERICA CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 1:08-cv-04964 (JGK) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants Bank of America, N.A. and Bank of America Corporation will move before the Honorable Judge John G. Koeltl at the United States Courthouse, 500 Pearl Street, Room 1030, New York, New York 10007 at a date and time to be designated by the Court, for an order, pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), dismissing Plaintiff's Complaint, along with such other and further relief as the Court deems just, proper, and equitable.

- 2 -

Dated:   New York, New York
         August 28, 2008

REED SMITH LLP

By: _____
Andrew B. Messite (AM-3748)
Casey D. Laffey (CL-1483)
599 Lexington Avenue
New York, NY  10022
Telephone:  212 521-5445
Facsimile:  212 521-5411

Gregory B. Jordan
Mary J. Hackett
Sharon L. Rusnak
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

*Attorneys for Defendants
Bank of America, N.A. and
Bank of America Corporation*