Andrew B. Messite (AM-3748)
Casey D. Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York  10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com
amessite@reedsmith.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS WAYNE MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. 1:08-cv-04964 (JGK) |

**DEFENDANT BANK OF AMERICA CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Civil Rule 7.1, undersigned counsel for Defendant Bank of America Corporation certifies that Bank of America Corporation is a publicly traded company; it has no parent company; and there is no publicly held corporation that owns ten percent (10%) or more of Bank of America Corporation.

- 2 -

Dated: New York, New York
      August 28, 2008

                                  REED SMITH LLP

                                  By: _____
                                  Andrew B. Messite (AM-3748)
                                  Casey D. Laffey (CL-1483)
                                  599 Lexington Avenue
                                  New York, NY 10022
                                  Telephone: (212) 521-5445
                                  Facsimile: (212) 521-5411

                                  Gregory B. Jordan
                                  Mary J. Hackett
                                  Sharon L. Rusnak
                                  REED SMITH LLP
                                  435 Sixth Avenue
                                  Pittsburgh, PA 15219
                                  Telephone: (412) 288-3131
                                  Facsimile: (412) 288-3063

                                  *Attorneys for Defendants*
                                  *Bank of America, N.A. and*
                                  *Bank of America Corporation*