Andrew B. Messite (AM-3748)
Casey D. Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com
amessite@reedsmith.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS WAYNE MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. 1:08-cv-04964 (JGK) |

**DEFENDANT BANK OF AMERICA, N.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Civil Rule 7.1, undersigned counsel for Defendant Bank of America, N.A. certifies that the parent company of Defendant Bank of America, N.A. is N.B Holdings Corporation, a wholly owned subsidiary of Bank of America Corporation, a publicly traded company.

- 2 -

Dated: New York, New York
      August 28, 2008

                            REED SMITH LLP

                            By: /s/ *signature*
                            Andrew B. Messite (AM-3748)
                            Casey D. Laffey (CL-1483)
                            599 Lexington Avenue
                            New York, NY 10022
                            Telephone: (212) 521-5445
                            Facsimile: (212) 521-5411

                            Gregory B. Jordan
                            Mary J. Hackett
                            Sharon L. Rusnak
                            REED SMITH LLP
                            435 Sixth Avenue
                            Pittsburgh, PA 15219
                            Telephone: (412) 288-3131
                            Facsimile: (412) 288-3063

                            *Attorneys for Defendants*
                            *Bank of America, N.A. and*
                            *Bank of America Corporation*