Andrew B. Messite (AM-3748)
Casey D. Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
claffey@reedsmith.com
amessite@reedsmith.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS WAYNE MARTINEZ, )<br><br>Plaintiff, )<br><br>v. )<br><br>BANK OF AMERICA, N.A. and )<br>BANK OF AMERICA CORPORATION, )<br><br>Defendants. ) | Case No. 1:08-cv-04964 (JGK) |

## CERTIFICATE OF SERVICE

I, Casey D. Laffey, hereby certify that on August 28, 2008, I caused true and correct copies of the foregoing: (a) Notice of Motion; (b) Memorandum of Law in Support of Defendants' Motion to Dismiss; (c) Defendant Bank of America, N.A.'s Corporate Disclosure Statement; and (d) Defendant Bank of America Corporation's Corporate Disclosure Statement, to be served by ECF filing and overnight courier upon the following address:

David A.P. Brower
Brower Piven
488 Madison Avenue
New York, NY 10022
brower@browerpiven.com

Dated:   New York, New York
         August 28, 2008

Casey D. Laffey (CL-1483)